Hans W. Herb, Esq. SBN 136018
LAW OFFICES OF HANS W. HERB
P. O. Box 970
Santa Rosa, CA  95402
707/576-0757
707/575-0364 Fax

Email:  hans@tankman.com

Counsel for Plaintiff
Stich Construction and R.V. Stich Construction

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STICH CONSTRUCTION, INC., a California corporation, and R.V. STICH CONSTRUCTION, INC. a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | **Case No.: 3:19-cv-00439 CRB**<br><br>**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE;**<br>**[PROPOSED] ORDER**<br><br>**F.R.C.P. 41(A(1)(A)(II)** |

　　　Plaintiffs Stich Construction, Inc. and R.V. Stich Construction, Inc. ("Plaintiff") and Defendant Ironshore Specialty Insurance Company ("Defendant") (collectively the "Parties") hereby stipulate that Plaintiff's complaint against Defendant shall be dismissed without prejudice.

---
Stipulation to Dismiss without Prejudice
1

IT IS SO STIPULATED AND AGREED.

Respectfully Submitted,

LAW OFFICES OF HANS W. HERB

**Dated**: July 3, 2019   By:   */s/ Hans W. Herb*
                                Hans W. Herb
                                Attorney for Plaintiff

**Dated**: July 3, 2019   WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

                          By:   */s/ Dawn Silberstein*
                                Dawn Silberstein
                                Attorneys for Defendant

*\* Pursuant to Local Rule 5-1(i)(3), filing counsel attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

### [PROPOSED] ORDER

The Court, having considered the Parties' Stipulation to Dismiss the Action Without Prejudice, and for good cause shown, hereby GRANTS the Parties' Stipulation.

PURSUANT TO STIPULATION, IT IS ORDERED that the complaint filed by Plaintiffs Stich Construction, Inc. and R.V. Stich Construction, Inc. against Defendant Ironshore Specialty Insurance Company is dismissed without prejudice.

Dated: July 8, 2019                    _____
                                       Charles R. Breyer
                                       UNITED STATES DISTRICT JUDGE